UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA
(WILKES-BARRE)

IN RE: JOHN CHARLES SPRATLEY, JR.
    aka JOHN CHARLES SPARTLEY
    aka JOHN SPRATLEY and
    JOSELYN WATERS
    aka JOSELYN SPRATLEY
    aka JOSELYN WATERS-SPRATLEY

        DEBTOR

NO.: 5:17-bk-03977-MJC
CHAPTER 13
JUDGE: MARK J. CONWAY

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**COMES NOW** Joshua I. Goldman, Esq. of the Padgett Law Group, and gives this Notice

of Appearance on behalf of HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE

FOR ACE SECURITIES CORP. HOME EQUITY LOAN TRUST, SERIES 2005-HE4 ASSET-

BACKED PASS-THROUGH CERTIFICATES, SERIES 2005-HE4 and requests that they be

noticed on all pleadings, documents and hearings; that they receive copies of all documents; and

be added to the matrix to be served at the addresses below:

Padgett Law Group
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312

    **DATED** this 5th day of November, 2021

Respectfully submitted,

/s/ Joshua I. Goldman
Joshua I. Goldman, Esq
Tennessee Bar # 035733
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
(850) 422-2567 (facsimile)
josh.goldman@padgettlawgroup.com
*Counsel for Creditor*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the Notice of Appearance has been

furnished to the parties on the attached Service List by electronic notice and/or by First Class U.S.

Mail on this 5th of November 2021.

/s/ Joshua I. Goldman

Joshua I. Goldman, Esq
Tennessee Bar # 035733
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
(850) 422-2567 (facsimile)
josh.goldman@padgettlawgroup.com
*Counsel for Creditor*

<u>**SERVICE LIST (CASE NO. 5:17-bk-03977-MJC)**</u>

*DEBTORS*
JOHN CHARLES SPARTLEY, JR.
JOSELYN WATERS
P.O. BOX 308
ANALOMINK, PA 18320-0308

*ATTORNEY*
PATRICK JAMES BEST
ARM LAWYERS
18 NORTH 8TH STREET
STROUDSBURG, PA 18360

*TRUSTEE*
JACK N. ZAHAROPOULOS
STANDING CHAPTER 13 TRUSTEE
8125 ADAMS DRIVE, SUITE A
HUMMELSTOWN, PA 17036

*ASST. U.S. TRUSTEE*
UNITED STATES TRUSTEE
228 WALNUT STREET, SUITE 1190
HARRISBURG, PA 17101